# UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| **DANIEL BIRD** <br> *Plaintiff* <br><br> v. <br><br> **LUCID AUTOGLASS AND RV, LLC** <br> *Defendant* | Civil Action No. 2:24-CV-00177-SPL |

## AFFIDAVIT OF SERVICE

I, Luke Wolkos, being duly sworn, state:

I am an Arizona private process server in good standing, MC-9005. I am 21 years or older and not a party to this action.

I served the following documents to Lucid Autoglass and RV, LLC in Maricopa County, AZ on January 29, 2024 at 1:46 pm at 9590 East Ironwood Square Drive, Scottsdale, AZ 85258 by leaving the following documents with Edward Ribadeneira who as Stat Agent is authorized by appointment or by law to receive service of process for Lucid Autoglass and RV, LLC.

Summons and Complaint

White Male, est. age 55-64, glasses: N, Gray hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.5783236,-111.875051
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Maricopa County</u>, <u>AZ</u> on <u>1/30/2024</u> . | /s/ *Luke Wolkos* <br> Signature <br> Luke Wolkos <br> +1 (480) 772-9663 |



Exhibit 1a)