**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Bird, individually and on behalf of a class of all persons and entities similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>Lucid Autoglass and RV, LLC<br><br>  Defendant. | Case No. 2:24-cv-00177-SPL<br><br>**Rule 26(f) Report** |

    1. **Attendance.** The Rule 26(f) meeting took place telephonically on March 7, 2024. Plaintiff was represented by Anthony Paronich of Paronich Law, P.C. Defendant was represented by Brian Foster.

    2. **Service.** The lone defendant in this matter has been served and has appeared.

    3. **Nature of the Case.** Plaintiff alleges that Defendant sent telemarketing text messages to the residential telephone lines of Plaintiff and members of the proposed class, without consent, in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.d Plaintiff's telephone number, 480-304-XXXX, is on the National Do Not Call Registry and has been registered continuously since 2008. The Plaintiff's telephone number is used for residential purposes and is not associated with a business.  Mr. Bird nonetheless received at least two telemarketing text messages from the Defendant on August 7, 2023 and January 23, 2024. The text messages are below:



Mr. Bird had no relationship with the Defendant. Mr. Bird had not provided his telephone number to the Plaintiff or otherwise consented to advertisements from them. Nonetheless, the Defendant's text messages advertise their services. As such, the Plaintiff is seeking to represent the following class of individuals:

> <u>National Do Not Call Registry Class:</u> All persons within the United States: (1) whose residential telephone numbers were on the National Do Not Call Registry for at least 31 days; (2) but who received more than one telephone solicitation call from Defendant or a third party acting on Defendant's behalf; (3) within a 12-month period; (4) within the four years prior to the filing of the Complaint.

**4. Jurisdiction.** This Court has subject matter jurisdiction under 47 U.S.C. § 227(b)(3) and 28 U.S.C. § 1331.

2

**5. Additions and Amendments**. The only individuals or entities that the Plaintiff intends on adding will be any individuals or entities that discovery reveals would be involved in the text marketing.

**6. Forthcoming Motions**. Plaintiff intends to move for class certification by a deadline to be set by this Court.

**7. Related Cases. None.**

**8. Discovery Limitations**. No limitations other than those set forth in the Federal Rules of Civil Procedure.

**9. Electronically Stored Information ("ESI").** The Parties agree that electronically stored information will be produced in a searchable format to the extent reasonable.

10. **Request for Jury Trial**. The Plaintiff has requested a jury trial.

11. **Trial.** The case will be ready for trial by the summer of 2025 and if certified as a class action, the Plaintiff believes that a trial will last 3-4 days.

12. **Expedited Trial Alternative**. Counsel for both parties have discussed with their client the expedited trial alternative.

13. **Consent to Magistrate Judge**. The parties do not unanimously consent.

14. **Settlement and Dispute Resolution**. The parties agree to engage in good faith settlement discussions at the appropriate time after the exchange of preliminary discovery including information necessary to evaluate this action on a class basis. However, the parties believe settlement is unlikely at this time. The parties do not believe it is appropriate to refer the matter to a United States Magistrate Judge for a settlement conference. The parties' preference is to engage a private mediator at the appropriate time.

15. **Class Certification Deadlines**

   (a) **Class Discovery shall be completed by** February 1, 2025.

   (b) **Motion for Class Certification shall be filed by** February 8, 2025.

16. **Other Matters**. None at this time.

Dated: March 11, 2024

Respectfully Submitted,

*/s/ Anthony Paronich*

Anthony Paronich (*pro hac vice*)
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

*Counsel for Plaintiff and the proposed class with others listed below*

*/s/ Brian J. Foster (with permission)*

Brian J. Foster
Bfoster22@yahoo.com
FOSTER LAW GROUP
4402 N. 36th Street, #117
Phoenix, Arizona 85018
Telephone: (602) 509-7345
*Counsel for Defendants*