Brian J. Foster, #012143
Ross P. Meyer, #028473
**FOSTER LAW GROUP**
4402 N. 36th Street, #127
Phoenix, AZ 85018
Tel:  (602) 509-7345
brian@fosterlawgrp.com
ross@meyerpllc.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Bird, | Case No. CV-24-00177-PHX-SPL |
| Plaintiff, | |
| v. | **NOTICE OF ADDRESS CHANGE** |
| Lucid Autoglass and RV LLC, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that all further proceedings for Brian J. Foster, Esq., as counsel for Defendant along with all pleadings, documentation, communications and information should be sent to:

Brian J. Foster, Esq.
Ross P. Meyer, Esq.
Foster Law Group
4402 N. 36th Street, #127
Phoenix, AZ 85018
(602) 509-7345
brian@fosterlawgrp.com
ross@meyerpllc.com

DATED this 29th day of March, 2024.

                      **FOSTER LAW GROUP**

              By: /s/ *Brian J. Foster*
                  Brian J. Foster
                  Ross P. Meyer
                  *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2024, I electronically transmitted the foregoing *Notice of Address Change* via the CM/ECF System to the Clerk's Office for filing and transmittal of the Notice of Address Change to the Judge to be assigned and the CM/ECR registrants, and also sent it via e-mail to:

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Anthony@paronichlaw.com
*Attorney for Plaintiff*


*/s/ Brian J. Foster*

- 3 -