# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Bird, | No. CV-24-00177-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Lucid Autoglass and RV LLC, | |
| Defendant. | |

Based on the parties' stipulation,

**IT IS ORDERED** the Stipulation to Dismiss (Doc. 16) is **GRANTED**. This case is dismissed with prejudice with each side to pay their own attorneys' fees and costs. The Clerk of Court shall close this case.

Dated this 10th day of September, 2024.

*[signature]*
Honorable Krissa M. Lanham
United States District Judge